**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:12-cv-729 |
| | § | **LEAD CASE** |
| BED, BATH & BEYOND, INC.; | § | |
| BROOKS SPORTS, INC.; | § | **JURY TRIAL DEMANDED** |
| JOHN WILEY & SONS, INC.; | § | |
| J&P CYCLES, LLC; | § | |
| | § | |
| Defendants. | § | |

**JOINT MOTION FOR ENTRY OF**
**AGREED PROTECTIVE ORDER**

COME NOW Plaintiff Lodsys Group, LLC and Defendants John Wiley & Sons, Inc.;

Lamps Plus, Inc.; Nordstrom, Inc.; General Motors, LLC; Glu Mobile, Inc.; Charter

Communications, Inc.; Supervalu, Inc.; Pocket Gems; Loews Hotels Holding Corporation;

Caesars Interactive Entertainment, Inc.; Gamevil USA, Inc.; BullionVault, Inc.; Nuance

Communications, Inc.; and Gameloft, USA, Inc. (collectively, "Parties") hereby jointly file this

Joint Motion for Entry of Agreed Protective Order, a copy of which is attached hereto as Exhibit

A.

Dated: August 22, 2013                    Respectfully Submitted,

By: <u>David R. Knudson</u>                    By: <u>/s/ William E. Davis, III</u>
David R. Knudson                              William E. Davis, III
**DLA Piper US LLP**                          Texas State Bar No. 24047416
401 B Street, Suite 1700                      **The Davis Firm, PC**
San Diego, California 92101                   111 West Tyler Street
Telephone: (619) 699-2700                     Longview, Texas 75601
Facsimile: (619) 699-2701                     Telephone: (903) 230-9090
Email: david.knudson@dlapiper.com             Facsimile: (903) 230-9661
                                              Email: bdavis@bdavisfirm.com

John M. Guaragna
Texas State Bar No. 24043308                  Michael A. Goldfarb
**DLA Piper US LLP**                          Christopher M. Huck

401 Congress Avenue, Suite 2500
Austin, Texas 78701-3799
Telephone: (512) 457-7000
Facsimile: (512) 457-7001
Email: John.Guaragna@dlapiper.com

James M. Heintz
**DLA Piper LLP**
One Fountain Square
11911 Freedom Drive, Suite 300
Reston, Virginia 20190-5602
Telephone: (709) 773-4000
Facsimile: (703) 773-5000
Email: jim.heintz@dlapiper.com

Todd S. Patterson
**DLA Piper US LLP**
401 Congress Ave, Suite 2500
Austin, Texas 78701-3799
Telephone: (512) 457-7017
Facsimile: (512) 721-2217
Email: todd.patterson@dlapiper.com

**Attorneys for Defendants**
**John Wiley & Sons, Inc.**
**Lamps Plus, Inc.**
**Nordstrom, Inc.**


By: _Allen F. Gardner_
Allen F. Gardner
Texas State Bar No. 24043679
Michael E. Jones
**Potter Minton**
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: allengardner@potterminton.com
Email: mikejones@potterminton.com

Elizabeth L. Brann
**Paul Hastings LLP**
4747 Executive Drive, 12th Floor
San Diego, California 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Kit W. Roth
**Kelley, Goldfarb, Gill, Huck & Roth, PLLC**
700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
Email: goldfarb@kdg-law.com
Email: huck@kdg-law.com
Email: roth@kdg-law.com

**Attorneys for Plaintiff**
**Lodsys Group, LLC**

By: _David M. Stein_
David M. Stein
Texas State Bar No. 00797494
**Akin Gump Straus Hauer & Feld LLP**
633 West Fifth Street, Suite 5000
Los Angeles, California 90071
Telephone: (213) 254-1200
Facsimile: (213) 254-1201
Email: dstein@akingump.com

Charles Everingham, IV
**Akin Gump Strauss Hauer & Feld LLP**
911 West Loop 281, Suite 412
Longview, Texas 75604
Telephone: (903) 297-7404
Facsimile: (903) 297-7402
Email: ceveringham@akingump.com

Iftikhar Ahmed
**Akin Gump Strauss Hauer & Feld**
1111 Louisiana, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5815
Facsimile: (713) 236-0822
Email: iahmed@akingump.com

**Attorneys for Defendant**
**Caesars Interactive Entertainment, Inc.**


By: _Eric Hugh Findlay_
Eric Hugh Findlay
Texas State Bar No. 00789886
Michael Douglas Findlay
**Findlay Craft**

Email: elizabethbrann@paulhastings.com

Thomas A. Counts
**Paul Hastings LLP**
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
Email: tomcounts@paulhastings.com

**Attorneys for Defendant
General Motors, LLC**


By:  Michael J. Sacksteder
Michael J. Sacksteder
CA Bar No. 191605 (Admitted E.D. Tex)
David D. Schumann
CA Bar No. 223936 (Admitted E.D. Tex)
Lauren E. Whittemore
CA Bar No. 255432 (Admitted E.D. Tex)
**Fenwick & West**
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350
Email: dschumann@fenwick.com
Email: lwhittemore@fenwick.com

**Attorneys for Defendant
Glu Mobile, Inc.**


By:  Dean Franklin
Dean Franklin
Anthony F. Blum
**Thompson Coburn**
One US Bank Plaza, 27th Floor
St Louis, Missouri 63101
Telephone: (314) 552-6038
Facsimile: (314) 552-7038
Email: dfranklin@thompsoncoburn.com
Email: ablum@thompsoncoburn.com

Allen F. Gardner

6760 Old Jacksonville Hwy, Suite 101
Tyler, Texas 75703
Telephone: (903) 534-1100
Facsimile: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: mfindlay@findlaycraft.com

**Attorneys for Defendant
Gamevil USA, Inc.**


By:  Margaret M. Duncan
Margaret M. Duncan
**McDermott Will & Emery**
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: mduncan@mwe.com

J. Thad Heartfield
M. Dru Montgomery
**The Heartfield Law Firm**
2195 Dowlen Road
Beaumont, Texas 77706
Telephone: (409) 866-3318
Facsimile: (409) 8665789
Email: thad@jth-law.com
Email: dru@jth-law.com

**Attorneys for Defendant
BullionVault, Inc.**


By: Anish R. Desai
Anish R. Desai
**Weil, Gotshal & Manges LLP**
1300 Eye Street NW, Suite 900
Washington, DC 20005-3314
Telephone: (202) 682-7500
Facsimile: (202) 857-0940
Email: anish.desai@weil.com

Garland T Stephens
**Weil Gotshal & Manges LLP**
700 Louisiana, Suite 1600

Michael E. Jones
**Potter Minton**
110 N College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: allengardner@potterminton.com
Email: mikejones@potterminton.com

**Attorneys for Defendant
Charter Communications, Inc.**


By: Douglas R. McSwane, Jr.
Douglas R. McSwane, Jr
Texas State Bar No. 13861300
**Potter Minton**
110 N. College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: dougmcswane@potterminton.com

**Attorney for Defendant
Supervalu, Inc.**


By: Michael E. Jones
Michael E. Jones
Texas State Bar No. 10929400
**Potter Minton**
110 N College Avenue, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846
Email: mikejones@potterminton.com

**Attorney for Defendant
Pocket Gems**


By: Jennifer P. Ainsworth
Jennifer P. Ainsworth
Texas State Bar No. 00784720
**Wilson Robertson & Cornelius PC**
909 ESE Loop 323, Suite 400

Houston, Texas 77002
Telephone: (713) 546-5011
Facsimile: (713) 224-9511
Email: Garland.Stephens@weil.com

**Attorneys for Defendant
Nuance Communications, Inc.**


By: Michelle L. Marriott
Michelle L. Marriott
**Erise IP**
6201 College Blvd, Suite 300
Overland Park, Kansas 66211
Telephone: (913) 777-5600
Facsimile: (913) 777-5601
Email: michelle.marriott@eriseIP.com

**Melissa Richards Smith**
Gillam & Smith, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

**Attorney for Defendant
Gameloft, USA, Inc.**

P.O. Box 7339
Tyler, Texas 75711-7339
Telephone: (903) 509-5000
Facsmile: (903) 509-5092
Email: jainsworth@wilsonlawfirm.com

**Attorney for Defendant**
**Loews Hotels Holding Corporation**

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this response was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(V). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 22nd day August, 2013.

/s/ William E. Davis, III
William E. Davis, III

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion is unopposed.

/s/ William E. Davis, III
William E. Davis, III